Argued and submitted January 19, reversed and remanded for reconsideration July 27, 1994

In the Matter of the Compensation of
Raymond L. Mackey, Claimant.

Raymond L. MACKEY,
*Petitioner,*

*v.*

DOW CORNING, INC.
and SAIF Corporation,
*Respondents.*

(91-08671; CA A79594)

877 P2d 1237

Edward J. Harri argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll.

Steve Cotton, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Richardson, Chief Judge, and Riggs, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Leslie v. U.S. Bancorp*, 129 Or App 1, 877 P2d 648 (1994).